

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2021

No. 04-20-00346-CV

**IN THE INTEREST OF JVO AND JRO, CHILDREN,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02697
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee, Vicky Ortega's Motion to Dismiss Appeal is hereby DENIED.

It is so **ORDERED** on February 23, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court